Eastern District of Kentucky
**F I L E D**

DEC 14 2017

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

CRIMINAL ACTION NO. 17-50-DLB-CJS

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**    **MOTION OF UNITED STATES FOR ARREST WARRANT**

**RODNEY LAWRENCE JACKSON**                                    **DEFENDANT**

\* \* \* \* \*

The United States moves for an arrest warrant for Rodney Lawrence Jackson.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: _____
Anthony J. Bracke
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
(859) 655-3200
FAX (859) 655-3212
Anthony.Bracke@usdoj.gov