UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

**CRIMINAL ACTION NO. 17-50-DLB**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **VS.** | ) |
| | ) |
| | ) |
| **RODNEY LAWRENCE JACKSON** | ) |
| | ) |
| **Defendant** | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPLICATION FOR ISSUANCE AND SERVICE OF
A SUBPOENA**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

F. Dennis Alerding, court appointed counsel for the Defendant in the above matter, makes this Application to the Court for the issuance of a subpoena for the following witnesses to produce certain records and requests that the same be served by the US Marshall pursuant to the provisions of the Criminal Justice Act and without any payment of witness fees or service fees by the Defendant, who has previously been determined to be indigent.

The witness requested to be subpoenaed are as follows:

1. Chief Rob Nader, Police Chief of the City of Covington, Kentucky, who is the keeper of records regarding the performance of his officers and keeper of all records accumulated by said officers.

The Defendant specifically requests from Rob Nader, Chief of Covington Police Department, the following records:

1) the body cam images collected by Officer Douglas Ullrich during any searches that he has conducted since he has been a patrolman.

2) The personnel file of Officer Douglas Ullrich including any sanctions, suspensions, reprimands, or complaints filed against Officer Ullrich for improper searches conducted by him.

These documents and videos are to be produced forthwith so Counsel can examine these items prior to the scheduled suppression hearing on May 3, 2018 at 1:00 p.m.

Respectfully Submitted,

/s F. Dennis Alerding_____
F. Dennis Alerding
303 Greenup Street
Suite 300
Covington, KY 41011
859-431-8100

NOTICE

Please take notice that the foregoing Motion will come on for a hearing at the convenience of the Court.