UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON



CRIMINAL ACTION NO. 17-50-DLB-CJS

UNITED STATES OF AMERICA            PLAINTIFF

vs.            **VERDICT FORM**

RODNEY LAWRENCE JACKSON            DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Count 1 – Possession of Actual Methamphetamine
with Intent to Distribute 5 Grams or More

Question 1: With respect to the charge in Count 1 of the Indictment, possession of actual methamphetamine with intent to distribute, we, the Jury unanimously find the Defendant Rodney Lawrence Jackson:

     __X__ GUILTY      _____ NOT GUILTY

If you answered guilty in response to Question 1, proceed to Question 1(a). If you answered not guilty in response to Question 1, skip Question 1(a), and proceed to the signature line.

1

Question 1(a): With respect to Count 1, the amount of actual methamphetamine involved was (indicate answer by checking one line below):

　　　✓　　　 5 grams or more

　　　　　　　 less than 5 grams

Oct 23, 2018
Date

4/65
Foreperson